166

## MALONE v. STATE (two cases).
### Nos. 25450, 25451.

Court of Criminal Appeals of Texas.
Nov. 7, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is burglary; the punishment, three years in the penitentiary.

There being no statement of facts or bills of exception in the record, the judgment of the trial court is affirmed.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The conviction is for robbery with firearms. Upon a plea of guilty, the jury assessed the punishment at 5 years in the penitentiary.

The record is before us without a statement of facts or bills of exception. The proceedings appear to be regular. There being no question presented for review, the judgment is affirmed.

Opinion approved by the Court.